UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES JOSEPH REEVIS,<br><br>                Plaintiff,<br><br>   v.<br><br>SPOKANE COUNTY DETENTION SERVICES, US DISTRICT COURT EASTERN WASHINGTON, US DEPARTMENT OF JUSTICE DIRECTOR FBI MISCONDUCT DIVISION, SPOKANE COUNTY SUPERIOR COURTS, STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES BEHAVIORAL HEALTH ADMINISTRATION EASTERN STATE HOSPITAL,<br><br>                Defendants. | NO: 2:21-CV-00050-RMP<br><br>ORDER DISMISSING ACTION |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2021

SEAN F. McAVOY, CLERK

By Order filed May 18, 2021, the Court granted Plaintiff Charles Joseph Reevis thirty days to voluntarily dismiss this action. ECF No. 11. The Court found that Mr. Reevis's *pro se* submission, five two-page Standard Form 95 ("SF 95s"), filed while he was incarcerated at the Spokane County Corrections Center,

ORDER DISMISSING ACTION -- 1

did not support a federal tort claim. *Id.* at 4–5.  Consequently, Plaintiff's claims were subject to dismissal for lack of subject matter jurisdiction. *See McNeil v. United States*, 508 U.S. 106, 110, 113 (1993).

Plaintiff is currently housed at Comprehensive Health Care - Yakima Competency Restoration, and is proceeding *in forma pauperis*, but without the obligation to pay the $350.00 filing fee for this action. ECF No. 10. Plaintiff did not avail himself of the opportunity to voluntarily dismiss this action.

Accordingly, **IT IS ORDERED:**

1. This action is **DISMISSED** without prejudice for lack of subject matter jurisdiction.
2. Based on the Court's reading of *Hoffmann v. Pulido*, 928 F.3d 1147, 1152 (9th Cir. 2019), this dismissal will NOT count as a "strike" under 28 U.S.C. § 1915(g).
3. This case is **DISMISSED** and **CLOSED**.
4. Judgment of dismissal without prejudice shall be entered for Defendants.

**IT IS SO ORDERED.**  The District Court Clerk is **DIRECTED** to enter this Order, enter judgment, provide a copy to Plaintiff and **CLOSE** the file.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** July 14, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER DISMISSING ACTION -- 2